

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-13-00686-CV

**IN THE MATTER OF C.A.G.,**
Appellant

From the 436th District Court, Bexar County, Texas
Trial Court No. 2013-JUV-00059
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

Appellee's second motion for extension of time to file brief is hereby GRANTED.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court